UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 23, 2020

LISA CASTILLO,

            Plaintiff,

– against –

235 Hotel, LLC *doing business as*
MORNINGSIDE INN HOTEL,

            Defendant.

**ORDER**

19 Civ. 1773 (ER)

Ramos, D.J.:

       In light of the Court's previous order referring the above-captioned action for mediation to the Court-annexed Mediation Program, Doc. 19, and the fact that the first mediation conference is currently scheduled for May 4, 2020, the Case Management Conference set for April 24, 2020 at 3:30 p.m. is hereby adjourned. The parties are directed to report back to this Court within 48 hours upon completion of mediation.

It is SO ORDERED.

Dated:    April 23, 2020
            New York, New York

                                                                Edgardo Ramos, U.S.D.J.